UNITED STATES *v.* UNION PACIFIC RAILWAY COMPANY. Appeal from the Circuit Court of Appeals for the Eighth Circuit, No. 319, argued December 1, 2, 1896. UNITED STATES *v.* ST. PAUL AND SIOUX CITY RAILROAD COMPANY, No. 322, argued with No. 321, November 30 and December 1, 1896.

MR. JUSTICE BREWER. The facts in these cases are different from the facts in the case just decided. But the principles announced in the foregoing opinion are conclusive of the rights of the parties herein, and so, without any statement in detail of the facts, and for the reasons given in that opinion, the decrees in these cases will be

*Affirmed.*

Mr. Solicitor General for appellants in both cases.

Mr. John F. Dillon (with whom were Mr. Harry Hubbard, Mr. John M. Dillon and Mr. T. F. Garver on his brief), for appellees in No. 319.

Mr. Thomas Wilson for appellees in No. 322.